# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:23-CV-23027-CMA

Plaintiff:
**LINDA BARNES**

vs.

Defendant:
**VIRGIN CRUISES INTERMEDIATE LIMITED, INC.**

For:
Nicholas Gerson
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145

Received by DLE Process Servers on the 16th day of October, 2023 at 4:23 pm to be served on **Virgin Cruises Intermediate Limited, Inc. c/o Corporation Service Company, 1201 Hays St, Tallahassee, FL 32301** .

I, Kathleen Conway, #273, do hereby affirm that on the **17th day of October, 2023** at **11:30 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **Ceasar Scalia c/o Corporation Service Company**, **S.O.P. Clerk** as authorized employee of Registered Agent for **Virgin Cruises Intermediate Limited, Inc. c/o Corporation Service Company,** at the address of: **1201 Hays St, Tallahassee, FL 32301** and informed said person of the contents therein, in compliance with state statutes F.S. 48.091 (1) (2)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated therein are true. Notary not required pursuant to Florida Statute 92.525 Sec (2).

**Kathleen Conway, #273**
#273

**DLE Process Servers**
**936 SW 1st Avenue, #261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2023052501

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m



DELIVERED 10/17/2023 11:30 AM
SERVER KAC
LICENSE #273

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LINDA BARNES, <br> a citizen and resident of Florida <br><br> *Plaintiff(s)* <br> v. <br> VIRGIN CRUISES INTERMEDIATE LIMITED, INC., <br> a Bermuda Corporation, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1:23-cv-23027-CMA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VIRGIN CRUISES INTERMEDIATE LIMITED, INC.
A Bermuda Corporation,
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas I. Gerson, Esq.
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    08/11/2023

Angela E. Noble
Clerk of Court

s/ N. Cubic
Deputy Clerk
U.S. District Courts